UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

FILED

May 26 2026

ARTHUR JOHNSTON, CLERK

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

LEONARDO LOPEZ-CENTENO,                                        PETITIONER
# A 240-723-067

VERSUS                                        CIVIL ACTION NO. 5:26cv210-DCB-BWR

KRISTI NOEM, TODD M. LYONS, NEW
ORLEANS FIELD OFFICE DIRECTOR,
and DIRECTOR/WARDEN OF THE
ADAMS COUNTY CORRECTIONAL
CENTER                                        RESPONDENTS

### ORDER REQUIRING PETITIONER TO RESPOND

This matter is before the Court *sua sponte*.   *Pro se* Petitioner Leonardo Lopez-Centeno is

an alien detainee in the custody of the Department of Homeland Security.   A Petition [1] for

Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241, was filed, but it was not signed under oath

as required by 28 U.S.C. § 2242.   Since the Petition is not verified, it is insufficient to invoke

federal habeas jurisdiction.   *Weaver v. Texas*, 441 F.2d 388, 389 n.1 (5th Cir. 1971).   Because

the pleading does not conform to the statute, he shall be required to verify the Petition.

Accordingly, the Clerk of Court shall mail Lopez-Centeno a copy of the Petition.   If he

wishes the Petition to remain filed, then he shall sign the document under oath and file it with the

Court no later than June 9, 2026.

**IT IS, THEREFORE, ORDERED** that, for the reasons stated above, the Clerk of Court

shall mail *pro se* Petitioner Leonardo Lopez-Centeno a copy of the Petition [1] along with a copy

of this Order.   If the Petitioner would like the Petition to remain filed, he shall sign the Petition

under oath and file it with the Court **no later than June 9, 2026**.   Petitioner is warned that

failure to timely comply with any Order of the Court or to keep the Court informed of

Petitioner's current address may result in the pleading being stricken and dismissal of this cause.

  **SO ORDERED**, this the 26th day of May, 2026.

    *s/* *Bradley W. Rath*
    BRADLEY W. RATH
    UNITED STATES MAGISTRATE JUDGE